ROBERT K. YASUI (SBN 131481)
YASUI & ASSOCIATES
200 S. SAN PEDRO ST., STE. 400
LOS ANGELES, CA 90012
(213) 617-8668
(213) 617-8667 fax
yasuilaw@sbcglobal.net

JS-6

DATEV 'DAVE' SHENIAN (SBN 166705)
SHENIAN LAW FIRM, a Professional Corporation
500 S. GRAND AVENUE, 22ND FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 623-9933
(213) 341-2253 fax
dshenian@shenianlaw.com

Attorneys for Plaintiff
JAPAN PAPER & PULP (U.S.A.) CORPORATION

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAPAN PULP & PAPER (U.S.A.) CORPORATION, a Georgia corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>FLORIDA PAPER, INC., a Florida corporation dba Arthur's Paper; FRANK AMBROSE, INC., a Michigan corporation dba Ambrose International; and DOES 1 to 20, inclusive,<br><br>            Defendants | Case No. 2:09-cv-04038-RGK-PJW<br>      Hon. R. Gary Klausner<br><br>**[**~~PROPOSED~~**]** **ORDER FOR DISMISSAL OF ACTION** |

///

///

///

///

///

**[PROPOSED] ORDER FOR DISMISSAL OF ACTION**

1

1   Plaintiff Japan Pulp & Paper (U.S.A.) Corporation and Defendants Frank Ambrose, Inc.
2   and Florida Paper, Inc., a Florida corporation dba Arthur's Paper, having stipulated that this action
3   be dismissed in its entirety, with prejudice, pursuant to a written settlement agreement between the
4   parties executed on March 26, 2010;

5   IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice.

Dated:  April 23, 2010

By: *Gary Klausner* (signature)

_____
Hon. R Gary Klausner
JUDGE OF THE UNITED STATES
DISTRICT COURT

**[PROPOSED] ORDER FOR DISMISSAL OF ACTION**

2